Fill in this information to identify the case:

Debtor name: **Pankey's Transportation, Inc.**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1st Source Bank<br>100 N. Michigan Street<br>South Bend, IN 46624 | | 2015 Freightliner Cascadia 125 Tractor | | $65,000.00 | $35,000.00 | $30,000.00 |
| Ally Financial<br>P.O. Box 380901<br>Minneapolis, MN 55438 | | 2019 FordTransit | | $45,000.00 | $30,000.00 | $15,000.00 |
| America Express<br>P.O Box 1270<br>Newark, NJ 07101 | | | | | | $21,271.64 |
| Bush Truck Leasing<br>6961 Cintas Boulevard<br>Mason, OH 45040 | | Tractor lease. Tractors repossessed in February, 2020 | Contingent | | | $0.00 |
| Business Advance Team, LLC<br>116 Nassau Street Suite 804<br>New York, NY 10038 | | Accounts receivable | Disputed | $40,000.00 | Unknown | Unknown |
| Comptroller of Maryland Revenue Administration Division<br>110 Carroll St.<br>Annapolis, MD 21411 | | | | | | $16,141.58 |
| Connecticut Department of Rev<br>200 Folly Brook<br>Wethersfield, CT 06109 | | | | | | $9,095.39 |

Debtor **Pankey's Transportation, Inc.**　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim <br> If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Currency Capital, LLC** <br> **12100 Wilshire Boulevard Suite 1750** <br> **Los Angeles, CA 90025** | | **2007 Freightliner** | | $19,650.00 | $7,500.00 | $12,150.00 |
| **Currency Capital, LLC** <br> **12100 Wilshire Boulevard Suite 1750** <br> **Los Angeles, CA 90025** | | **2007 Ford Mechanics Van** | | $25,000.00 | $7,500.00 | $17,500.00 |
| **Daimler Truck Financial** <br> **14372 Heritage Parkway** <br> **Fort Worth, TX 76177** | | **(1) 2014 Freightliner Tractor VIN: 1FUJGBDV8ELFT 2020; (1) 2014 Freightliner VIN:1FUJGLDV4L FT9945** | | $82,000.00 | $42,000.00 | $40,000.00 |
| **Eastern Funding, LLC** <br> **175 Broadhollow Road, Suite 120** <br> **Melville, NY 11747** | | **2015 Freightliner Cascadia, Vin:1FUJGBDVFL GE9007** | | $48,000.00 | $28,000.00 | $20,000.00 |
| **Eastern Funding, LLC** <br> **235 W. 35th Street 10th Floor** <br> **New York, NY 10001** | | **2015 Freightliner Cascadia CA 125 Day Cab VIN: 1FUJGEDV3FLGE 9521; 2015 Freightliner Cascadia CA 125 Day Cab VIN: 1FUJGEDV8FLGF 3774; 2015 Freightliner** | | $140,000.00 | $135,000.00 | $5,000.00 |
| **F.N.B. Equipment Finance** <br> **1853 Highway 315** <br> **Pittston, PA 18640** | | **2014 Freightliner Cascadia 125 Day Cab Tractor SN: 1FUJGBDV2ELFY 7675** | | $47,195.00 | $32,000.00 | $15,195.00 |
| **Internal Revenue Service** <br> **Department of the Treasury** <br> **Cincinnati, OH 45999-0025** | | **Payroll taxes** | | | | $189,153.75 |

| Debtor | Pankey's Transportation, Inc. | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **New Jersey Division -Taxation Bankruptcy Section P.O. Box 245 Trenton, NJ 08695** | | | | | | $9,095.39 |
| **NY Department of Labor PO Box 15012 Albany, NY 12212-5012** | | | | | | $47,019.81 |
| **PA Department of rRevenue Bankruptcy Division, PO Box 280946 Harrisburg, PA 17128-0946** | | | | | | $4,975.50 |
| **TimePayment Corp 1600 District Avenue, Suite 200 Burlington, MA 01803** | | **Specialty equipment in the tractors including dashcam and lane departure warning** | | $7,000.00 | $2,000.00 | $5,000.00 |
| **Univest Bank and Trust Co. 41 West Broad Street P.O. Box 197 Souderton, PA 18964** | | **Assets of Debtor including equipment (16 separate tractors as identified by VIN on schedule B); inventory, accounts, general intangibles, deposit acco** | | $752,000.00 | $339,500.00 | $412,500.00 |
| **Wells Fargo PO Box 200 Carlisle, IA 50047-0200** | | **Bank overdraft fees** | | | | $0.00 |